◎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Johnson, Tasha Ann         Docket No.        2:18CR00018-WFN-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tasha Ann Johnson, who was placed under pretrial release supervision by the Honorable Senior U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of February 2018, under the following conditions:

**Additional Condition #18:** Refrain from any use of alcohol.

**Additional Condition #24:** Substance abuse evaluation: Defendant shall participate in a substance abuse evaluation and complete any follow-up treatment as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Tasha Ann Johnson is alleged to violate her conditions of pretrial release supervision by drinking one glass of wine in August 2018, and consuming a ½ pint of vodka on September 11, 2018.

On February 26, 2018, the conditions of pretrial release supervision were reviewed with Ms. Hanson. She acknowledged an understanding of her conditions, which included, additional condition number 18.

On September 17, 2018, the undersigned officer contacted Ms. Johnson's substance abuse counselor at Riverside Recovery Center (Riverside). The counselor confirmed Ms. Johnson enrolled in substance abuse treatment at that agency on August 29, 2018. Since enrolling, the the counselor advised Ms. Johnson provided a urine sample that tested positive for the presence of alcohol.

On September 26, 2018, the undersigned officer confronted Ms. Johnson about her use of alcohol. Ms. Johnson admitted she drank one glass of wine in August 2018. In addition, Ms. Johnson admitted she consumed a ½ pint of vodka on September 11, 2018. Subsequently, Ms. Johnson signed a substance abuse admission form acknowledging her consumption of alcohol.

**Violation #2:** Tasha Ann Johnson is alleged to have violated her conditions of pretrial release supervision by failing to comply with recommended substance abuse treatment recommendations.

On September 17, 2018, the undersigned officer contacted Ms. Johnson's substance abuse counselor at Riverside Recovery Center to verify her compliance with treatment recommendations. The counselor advised Ms. Johnson re-enrolled in outpatient substance abuse treatment at Riverside on August 29, 2018. Ms. Johnson had been previously enrolled in treatment services at Riverside prior to being arrested for driving under the influence in June 2018.

The counselor advised Ms. Johnson was immediately placed on a "last chance contract" due to her compliance issues with treatment expectations in the past. Upon enrolling into treatment, the counselor advised Ms. Johnson provided a urine sample that tested positive for the presence of alcohol (as reported in violation #1) and cancelled scheduled appointments. Due to her use of alcohol and lack of engagement in treatment services, the counselor would likely discharge the defendant from outpatient substance abuse treatment at Riverside, with a recommendation that Ms. Johnson enter into an inpatient substance abuse treatment program.

PS-8
Re: Johnson, Tasha Ann
October 15, 2018
Page 2

On September 26, 2018, the undersigned officer confronted Ms. Johnson about her compliance issues with substance abuse treatment, to include the recommendation she enter into substance abuse treatment. Ms. Johnson advised she did not want to enter into substance abuse treatment, but understood the benefits with that level of care. She reported having an appointment with her substance abuse counselor at Riverside the following week to discuss her treatment options.

On October 15, 2018, the undersigned officer contacted the above-noted counselor at Riverside. The counselor advised Ms. Johnson had not appeared for any follow up appointments and she had been discharged from substance abuse treatment at Riverside Recovery Center.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 15, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/16/18

Date