PROB 12C
(6/16)

Report Date: August 14, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922 and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 20 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: January 6, 2020 |
| Defense Attorney: | John Gregory Lockwood | Date Supervision Expires: January 5, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to report to Pioneer Human Services for urinalysis testing on August 11, 2020.

On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

On August 12, 2020, the U.S. Probation Office received notification indicating the offender failed to report to Pioneer Human Services for urinalysis testing as directed on August 11, 2020.  The offender was verbally admonished regarding her noncompliance and she was further instructed to report to Pioneer Human Services on August 12, 2020, to submit to urinalysis testing.

2      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to submit to urinalysis testing on August 10, August 12, and August 13, 2020.

         On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

         On August 11, 2020, the U.S. Probation Office received notification from Pioneer Human Services indicating the offender reported to their facility as directed on August 10, 2020; however, she failed to provide a valid urine specimen. In response, the undersigned officer instructed the offender to report to Pioneer Human Services on August 11, 2020, to submit to urinalysis testing. As previously indicated, she failed to report to Pioneer Human Services as instructed on August 11, 2020.

         On August 12, 2020, the undersigned officer instructed the offender to report to Pioneer Human Services on this same date to submit to urinalysis testing. The offender reported to Pioneer Human Services as directed; however, she again failed to produce a valid urine specimen.

         On August 13, 2020, the offender was instructed to report to the U.S. Probation Office to submit to urinalysis testing on this same date by 4 p.m. She reported to the U.S. Probation Office at 4:20 p.m. and failed to produce a urine specimen after two attempts.

3      **Special Condition #5:** You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced for psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the costs of treatment according to your ability to pay.

         **Supporting Evidence:** The offender is alleged to have violated special condition number 5, by failing to attend mental health treatment on July 28, and July 31, 2020.

         On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

         On July 28, 2020, the U.S. Probation Office received notification from Resource Counseling Solutions indicating the offender failed to attend a scheduled individual mental health treatment session on that same date.

Prob12C
Re: Johnson, Tasha Ann
August 14, 2020
Page 3

On August 13, 2020, the U.S. Probation Office received notification from Resource Counseling Solutions indicating the offender failed to attend a scheduled individual mental health treatment session on July 31, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 14, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

08/17/2020
Date