PROB 12C
(6/16)

Report Date: August 28, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 20 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | January 6, 2020 |
| Defense Attorney: | John Gregory Lockwood | Date Supervision Expires: | January 5, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/14/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to report to Pioneer Human Services for urinalysis testing on August 17, 2020.<br><br>On August 18, 2020, the U.S. Probation Office received notification indicating the offender failed to report to Pioneer Human Services for urinalysis testing as directed on August 17, 2020.<br><br>On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by her supervising officer. |

Prob12C
Re: Johnson, Tasha Ann
August 28, 2020
Page 2

| | | |
|---|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to submit to urinalysis testing on August 18, 2020.

On August 18, 2020, the probation officer instructed the offender to report to Pioneer Human Services to submit to urinalysis testing that day. She reported to Pioneer Human Services as directed, but failed to produce a valid urine specimen. Following her failed attempt to produce a urine specimen, she advised staff she had been exposed to COVID-19 and abruptly left the building.

On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by her supervising officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 28, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

08/28/2020
Date