PROB 12C
(6/16)

Report Date: November 18, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 20 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: January 6, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 5, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/14/2020, 8/28/2020, and 10/29/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services for urinalysis testing on November 12, 2020. |
| | On January 8, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer. |
| | On November 13, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on November 12, 2020. In response, Ms. Johnson was reprimanded for her failure to report for urinalysis testing and she was again instructed to call the urinalysis testing phone line daily. |

Prob12C
**Re: Johnson, Tasha Ann**
**November 18, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 18, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/19/2020

Date