PROB 12C
(6/16)

Report Date: December 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane Valley, Washington 99027 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 | | |
| Original Sentence: | Prison - 20 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | January 6, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | January 5, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/14/2020, 8/28/2020, 10/29/2020, and 11/18/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services for urinalysis testing on December 3, 4, and 7, 2020.

On January 8, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging she understood her requirements. Specifically, she was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by her supervising officer.

On December 4, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on December 3, 2020. Ms. Johnson informed the probation officer she failed to report for urinalysis testing due to a medical issue. In response, she was instructed to report to Pioneer Human Services on December 4, 2020, to provide a urine specimen for drug testing.

Prob12C
Re: Johnson, Tasha Ann
December 8, 2020
Page 1

On December 7, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on December 4, 2020. Ms. Johnson advised the undersigned she was unable to report for urinalysis testing due to lack of transportation. In response, Ms. Johnson was instructed to report to Pioneer Human Services for urinalysis testing on December 7, 2020.

On December 8, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on December 7, 2020. On this same date, the probation officer left a voice mail message instructing Ms. Johnson to contact the undersigned officer regarding her failure to report for urinalysis testing. As of this writing, she has not responded.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 8, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*[signature]*

Signature of Judicial Officer

12/9/2020

Date