PROB 12C
(6/16)

Report Date: January 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane Valley, Washington 99027 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 20 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: January 6, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 5, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/14/2020, 8/28/2020, 10/29/2020, 11/18/2020, and 12/08/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 by committing the offense of making a false statement to a public servant on or about January 3, 2021.<br><br>On January 8, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging she understood her requirements.  Specifically, she was made aware by her U.S. probation officer that she must not commit another federal, state or local crime.<br><br>According to the incident report, an officer with the Spokane Police Department encountered Ms. Johnson while driving through the area near Emerson Park in Spokane, Washington. The officer observed a vehicle parked at the undeveloped south end of the park and he made contact with the vehicle due to the increase in crime in the area.  The four occupants of the vehicle provided their names to the officer and he ran those names through dispatch.  One of the females in the vehicle identified herself as Tayshiela Johnson.  After dispatch ran the name provided, the officer was informed that the offender was known to use her sister's |

Prob12C
**Re: Johnson, Tasha Ann**
**January 5, 2021**
**Page 2**

      name, Tayshiela Johnson. The officer observed the female had a tattoo on her neck and dispatch verified the female in question was the offender. It was also revealed that Ms. Johnson had an active warrant from a 2018 assault case. Subsequently, she was taken into custody on the outstanding warrant and was cited for making a false statement to a public servant.

10      **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

      **Supporting Evidence**: The offender is alleged to have violated standard condition number 12 by associating with a convicted felon without permission of the probation officer on or about January 3, 2021.

      On January 8, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging she understood her requirements. Specifically, she was made aware by her U.S. probation officer that she must not communicate or interact with someone who has been convicted of a felony without first obtaining permission from the probation officer.

      As previously noted, on or about January 3, 2021, the Spokane Police Department made contact with Ms. Johnson, who was identified as one of four occupants in a parked vehicle. One of the other occupants of the vehicle, Casey E. Dalager, had an outstanding warrant and was thereafter arrested.

      A subsequent record check revealed that Mr. Dalager is a convicted felon. Ms. Johnson did not obtain permission from the probation officer to associate with Mr. Dalager.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

      I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | January 5, 2021 |
| | s/Lori Cross |
| | Lori Cross<br>U.S. Probation Officer |

Prob12C
Re: Johnson, Tasha Ann
January 5, 2021
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_01/05/2021_____
Date