PROB 12C
(6/16)

Report Date: January 15, 2021

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tasha Ann Johnson | Case Number: 0980 2:18CR00018-WFN-2 |
| Address of Offender: | Spokane Valley, Washington 99027 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 20 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: January 6, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 5, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/14/2020, 8/28/2020, 10/29/2020, 11/18/2020, 12/8/2020, and 01/05/2021, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Modified Special Condition**: You shall reside in a residential reentry center (RRC) for a period up to 180 days.  You shall abide by the rules of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated her modified special condition, by failing to report to the RRC for public law placement on January 14, 2021.<br><br>On January 7, 2021, Ms. Johnson appeared before the Court for her supervised release revocation hearing.  At that time, her special conditions of supervision were modified to include placement at the RRC for a period of up to 180 days.<br><br>On January 8, 2021, the probation officer contacted Ms. Johnson and instructed her to report to the RRC on January 14, 2021.  She verbally acknowledged an understanding of this requirement and agreed to report as directed.<br><br>On January 14, 2021, Ms. Johnson failed to report to the RRC as directed. |

Prob12C
**Re: Johnson, Tasha Ann**
**January 15, 2021**
**Page 2**

| | | |
|---|---|---|
| | 12 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, marijuana, on or about January 9, 2021.

On January 8, 2020, the offender's conditions of supervision were reviewed with her and she signed said conditions acknowledging an understanding her requirements. Specifically, she was made aware by her U.S. probation officer that she must refrain from the unlawful use of a controlled substance.

On January 11, 2021, Ms. Johnson informed the probation officer that she ingested marijuana on or about January 9, 2021. She indicated she wanted to be truthful with the undersigned officer, as she was aware she would be required to submit to urinalysis testing upon her arrival at the RRC on January 14, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/15/2021
Date