PROB 12C
(6/16)

Report Date: February 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tasha Ann Johnson          Case Number: 0980 2:18CR00018-WFN-2

Address of Offender:                         Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922

Original Sentence:     Prison - 20 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   David Michael Herzog           Date Supervision Commenced: January 6, 2020

Defense Attorney:      Molly Marie Winston            Date Supervision Expires: January 5, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/17/2020, 8/28/2020, 11/02/2020, 11/19/2020, 12/09/2020, 01/05/2021, and 01/15/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services for urinalysis testing on February 3 and February 4, 2021. |
|  | On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was made aware by the U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer. |
|  | On February 4, 2021, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on February 3, 2021. In response, the probation officer contacted Ms. Johnson and instructed her to report to Pioneer Human Services for urinalysis testing on February 4, 2021. |

Prob12C
Re: Johnson, Tasha Ann
February 5, 2021
Page 2

On February 5, 2021, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on February 4, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2021

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/5/2021

Date