PROB 12C
(6/16)

Report Date: March 4, 2021

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tasha Ann Johnson    Case Number: 0980 2:18CR00018-WFN-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 6, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 | | |
| Original Sentence: | Prison - 20 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | January 6, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | January 5, 2023 |

PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/17/2020, 8/28/2020, 11/02/2020, 11/19/2020, 12/09/2020, 01/05/2021, 1/15/2021, and 02/05/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Modified Special Condition**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: The offender is alleged to have violated the modified special condition, by being terminated from the RRC, based on her failure to abide by the RRC rules, on February 28, 2021.<br><br>On January 7, 2021, Ms. Johnson appeared before the Court for a supervised release revocation hearing.  At that time, her conditions of supervision were modified to include placement at the RRC for a period of up to 180 days.  Additionally, it was ordered that she abide by the rules and requirements of the facility. |

Prob12C
**Re: Johnson, Tasha Ann**
**March 4, 2021**
Page 2

On February 28, 2021, RRC staff confiscated Ms. Johnson's cell phone following a search of her device, which revealed she had violated the RRC cell phone agreement. Specifically, the offender had posted multiple sexually explicit photos and videos taken from inside the facility. Further, she had a prohibited application installed on her cell phone.

Following the confiscation of her cell phone, Ms. Johnson informed staff she was leaving and demanded her bags. A short time later, she advised staff she was not going to leave, but planned to make their lives "a living hell." She also started name calling and made verbal threats to RRC staff, which constitutes a violation of the RRC rules. Based on her behavior, she was terminated from the RRC effective February 28, 2021.

| | |
|---|---|
| 15 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services for urinalysis testing on March 2, 2021.

On January 8, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by the U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

On March 4, 2021, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on March 2, 2021.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 4, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C

**Re: Johnson, Tasha Ann**
**March 4, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_3/4/2021_
Date